**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING PROGRAM FUND et al.,**

        Petitioners,

- against -

**A.J.S. PROJECT MANAGEMENT, INC.,**

        Respondent.

---

19cv711 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The time to respond to the petition to confirm the arbitration award is extended to April 27, 2020. If there is no response, the Court will decide the case based on the current papers.

**SO ORDERED.**

Dated:    New York, New York
           April 14, 2020

                                     /s/ John G. Koeltl
                                          John G. Koeltl
                                United States District Judge