```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND          19-cv-711 (JGK)
TRAINING PROGRAM FUND, ET AL.,
                                         ORDER
                Plaintiffs,

     - against -

A.J.S. PROJECT MANAGEMENT, INC.,

                Defendant.

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiffs filed a motion for summary judgment on May 13, 2020. No response has been filed. The time to submit a response is extended to September 21, 2020. If there is no response filed by that date, the Court will decide the motion on the papers already submitted. If there is a response, the time to reply is extended to September 30, 2020.

**SO ORDERED.**

Dated:    New York, New York
           September 11, 2020     /s/ John G. Koeltl
                                      John G. Koeltl
                            United States District Judge