**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM, ANNA GUTSIN, AND
ROBERT BONANZA,

                    Petitioners,                        19 **CIVIL** 0711 (JGK)

           -against-                                   **JUDGMENT**

A.J.S. PROJECT MANAGEMENT, INC.,
                    Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 6, 2020, the petition motion to confirm the arbitration award is granted and the underlying arbitration award is ordered confirmed; the award dated January 25, 2018 is confirmed, judgment is entered in favor of the Petitioners against the Respondent, awarding Petitioners $252,862.09, consisting of $160,004.34 of delinquent Fund contributions, $12,967.25 in dues and PAC contributions, $31,257.50 of "Current Interest," $31,257.50 of liquidated damages, plus interest for late payments, together with attorney's fees and other costs ; accordingly, this case is closed.

**Dated:**  New York, New York
           November 9, 2020

                                            **RUBY J. KRAJICK**
                                      _____
                                          Clerk of Court
                   BY:
                                          Deputy Clerk